

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
akarpf@karpf-law.com

June 25, 2018

**SENT VIA ECF ONLY**

The Hon. Matthew W. Brann, U.S.D.J.
United States District Court
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

      Re:    *Lori Ann Shiko v. Geisinger Medical Center, et. al.*
             **Docket No.: 18-CV-00898**

Dear Judge Brann:

      This firm represents Lori Ann Shiko ("Plaintiff"). Defendant's Answer to Plaintiff's Complaint is due tomorrow. Counsel for the Parties have worked together in prior cases and conferred extensively in this case to streamline the above-referenced litigation. To that end, counsel jointly provide for this Court with an enclosed stipulation allowing for amendment of Plaintiff's lawsuit.

      Should Your Honor have any questions or need additional information, all counsel remain available for a conference. Thank you.

      Respectfully Submitted,

      **KARPF, KARPF & CERUTTI, P.C.**

      */s Ari R. Karpf*

      Ari R. Karpf

cc: Jill M. Lashay, Esq. (*via* ECF only)